IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL SPEHR, on Behalf of himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC., and NATIONSTAR MORTGAGE LLC<br><br>Defendant. | Case No. 4:18-CV-01922-RLW |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Michael Spehr ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. The parties are working collaboratively to consolidate this matter and the Related Actions in a single forum for the purposes of settlement approval and administration, and will file the necessary papers to seek settlement approval or otherwise resolve this Action by December 17, 2020..

Based on the foregoing, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Respectfully Submitted,                                    Dated: November 17, 2020.

WHITFIELD BRYSON LLP

/s/ Scott C. Harris
Scott C. Harris (*pro hac vice* 35328NC)

1

900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
scott@whitfieldbryson.com


SIMMONS HANLY CONROY

Mitchell Breit (2337954NY)
112 Madison Avenue
New York, New York 10016-7416
Telephone:  (212) 784-6400
Facsimile:  (212) 213-5949
mbreit@simmonsfirm.com


MAGINNIS LAW, PLLC

Edward H. Maginnis (*pro hac vice*)
N.C. State Bar No. 39317
Asa C. Edwards (*pro hac vice*)
N.C. State Bar No. 46000
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919-526-0450
Fax: 919-882-8763
emaginnis@maginnislaw.com
aedwards@maginnislaw.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                     */s/ Scott C. Harris*
                                                     Scott C. Harris