# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL SPEHR, on Behalf of Himself and Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SETERUS, INC., )<br>)<br>Defendant. ) | No. 4:18-CV-1922 RLW |

## ORDER

In accordance with parties' Joint Stipulation of Dismissal Without Prejudice (ECF No. 55),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of December, 2020.